UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

VETERINARY ORTHOPEDIC
IMPLANTS, INC.,

    Plaintiff,

vs.                                       Case No. 3:20-cv-868-J-34MCR

MATTHEW J. HAAS,

    Defendant.
_____/

# O R D E R

**THIS CAUSE** is before the Court on Plaintiff's Reply to Affirmative Defenses (Doc. 36; Reply). Rule 7(a) of the Federal Rules of Civil Procedure (Rule(s)) states:

> Only these pleadings are allowed:
> (1)    a complaint;
> (2)    an answer to a complaint;
> (3)    an answer to a counterclaim designated as a counterclaim;
> (4)    a third-party complaint;
> (5)    an answer to a third-party complaint;
> (7)    <u>if the court orders one</u>, a reply to an answer.

Rule 7(a) (emphasis added). The Court did not order a reply to Defendant Matthew J. Haas' Amended Answer to Plaintiff's Amended Complaint for Injunctive Relief and Damages and Counterclaims and Demand for Jury Trial (Doc. 34);[1] therefore, Plaintiff's Reply was improperly filed.

Accordingly, it is

---

[1] Plaintiff filed a separate answer to Defendant's Counterclaim. <u>See</u> Plaintiff's Answer and Affirmative Defenses to Counterclaim (Doc. 35).

**ORDERED**:

Plaintiff's Reply to Affirmative Defenses (Doc. 36) is **STRICKEN**.

**DONE AND ORDERED** at Jacksonville, Florida, this 6th day of October, 2020.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

lc11
Copies to:
Counsel of Record